Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
Attorneys for Defendant,
*Albertson's LLC*

BACKUS, CARRANZA & BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555 FAX: (702) 872-5545

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GERI ROBINSON, individually,

Plaintiff,

vs.

ALBERTSON'S LLC; DOES K-X; and ROE CORPORATIONS I-X, inclusive

Defendants.

**Case No. 2:21-cv-02019-JAD-VCF**

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLIENS**

***First Request***

In accordance with Local Rules of Practice for the United States District Court for the District of Nevada ("LR") 26-4, Defendant Albertson's LLC ("Defendant"), by and through its counsel of record, BACKUS, CARRANZA & BURDEN, and Plaintiff Geri Robinson ("Plaintiff"), by and through her counsel of record, MARX LAW FIRM, PLLC, hereby stipulate and agree to an extension of all remaining discovery deadlines by sixty (60) days. The parties propose the following revised discovery plan.

Pursuant to Local Rule 6-1(b), the Parties hereby aver that this is the first such discovery extension requested in this matter. Moreover, pursuant to Local Rule 26-3, it is respectfully submitted the Parties' failure to request the instant extension of discovery twenty-one (21) days prior to the deadline for initial expert disclosure was the result of excusable neglect. Specifically noting the failure to request the extension of was a mere oversight by the Parties. *Bateman v. U.S.*

BACKUS, CARRANZA & BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555 FAX: (702) 872-5545

*Postal Service*, 231 F.3d 1220 (9th Cir. 2000). Further: 1) there is no danger of prejudice as the extension is stipulated by the Parties; 2) a one hundred eighty (180) day extension will not impact a trial date because the same has not been scheduled; 3) the Parties, their respective Counsel, and witnesses have been limited in appearing for deposition due to the Covid-19 pandemic; and 4) the requested extension is made in good faith by both Parties. *Pioneer Investment Services v. Brunswick Associate's, Ltd.*, 507 U.S. 380, 395 (1993).

**DISCOVERY COMPLETED TO DATE**

The parties have completed the following discovery:

1. Defendant produced its Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26(a) and LR 26-1;
2. Plaintiff produced her Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26(a)(1)(C) with two supplements thereto;
3. Defendant produced its first set of Interrogatories and Requests for Production, which Plaintiff responded to.
4. Plaintiff's deposition was taken.

**DISCOVERY TO BE COMPLETED**

The discover to be completed includes:

1. Additional propounded written discovery by and upon the Parties.
2. Depositions of fact witnesses.
3. Depositions of Plaintiff's treating medical providers.
4. Depositions of Defendant's employees.
5. Deposition of Defendant's FRCP 30(b)(6) representative(s).
6. FRCP 26(a)(2) designation of initial and rebuttal expert witnesses.
7. Depositions of initial and rebuttal expert witnesses.
8. FRCP 35 examination of Plaintiff.

BACKUS, CARRANZA & BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555 FAX: (702) 872-5545

Additional written discovery and depositions as the Parties deem necessary.

**REASONS FOR EXTENSION TO COMPETE DISCOVERY**

The parties are currently involved in arm's length settlement discussions. The requested 60-day discovery extension should allow the parties sufficient time to finalize the terms of the settlement before incurring additional litigation costs. The parties have entered into this agreement in good faith and not for purposes of delay.

**PROPOSED NEW DISCOVERY DEADLINES**

**Expert Disclosure Deadline:**

Currently: August 26, 2022
**Proposed: October 25, 2022**

**Rebuttal Expert Disclosure Deadline:**

Currently: September 23, 2022
**Proposed: November 28, 2022**

**Discovery Deadline:**

Currently: October 27, 2022
**Proposed: December 28, 2022**

**Deadline to File Dispositive Motions:**

Currently: November 25, 2022
**Proposed: January 30, 2023**

**Pre-Trial Order Deadline:**

Currently: December 23, 2022
**Proposed: March 3, 2023**

The Parties aver that this request for extension of discovery deadlines is made by the

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

. . . .

. . . .

. . . .

. . . .

. . . .

Parties in good faith and not for the purpose of delay.

DATED this __25th___ day of August, 2022.

MAX LAW FIRM, PLLC

*/s/ Bradley M. Marx*_______________
BRADLEY M. MARX, ESQ.
Nevada Bar No. 12999
601 S. Rancho Dr., Ste B14
Las Vegas, Nevada 89106
*Attorney for Plaintiff*

DATED this ___25th__ day of August, 2022.

BACKUS, CARRANZA & BURDEN.

*/s/ Jacquelyn Franco*_______________
JACK P. BURDEN, ESQ.
Nevada Bar No. 6918
JACQUELYN FRANCO, ESQ.
Nevada Bar No. 13484
3050 South Durango Drive
Las Vegas, Nevada 89117
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_______________________________
**UNITED STATES MAGISTRATE JUDGE**

**DATED**: 8-25-2022

BACKUS, CARRANZA & BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555 FAX: (702) 872-5545