Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
Attorneys for Defendant,
*Albertson's LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| GERI ROBINSON, individually, | ) | Case No.   **2:21-cv-02019-JAD-VCF** |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **STIPULATION AND ORDER RE** |
| ALBERTSON'S LLC; DOES K-X; and ROE CORPORATIONS I-X, incluslive | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | ECF No. 14 |
| Defendants. | ) | |

Plaintiff **GERI ROBINSON**, by and through her counsel Bradley M. Marx, Esq. of MARX LAW FIRM, PLLC and Defendant **ALBERTSON'S LLC**, by and through its counsel Jack P. Burden, Esq. of BACKUS, CARRANZA & BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

2:21-cv-02019-JAD-VCF

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

Dated : ___September 16___, 2022.          Dated : ___September 16___, 2022

**BACKUS, CARRANZA & BURDEN**                **MARX LAW FIRM, PLLC**

___/s/ Jack P. Burden___                     ___/s/ Bradley M. Marx___
Jack P. Burden, Esq.                         Bradley M. Marx, Esq.
Nevada State Bar No. 6918                    Nevada Bar No. 12999
3050 South Durango Drive                     601 S. Rancho Dr., Ste. B14
Las Vegas, Nevada 89117                      Las Vegas, Nevada 89106
(702) 872-5555                               Tel: 702-900-2541
(702) 872-5545                               Facsimile 702-385-2604
jburden@backuslaw.com                        brad@marxfirm.com
*Attorneys for Defendant*                    *Attorneys for Plaintiff*
*Albertson's LLC*                            *Geri obinson*

### ORDER

Based on the parties' stipulation [ECF No. 14] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE
September 16, 2022

Respectfully Submitted,
**BACKUS, CARRANZA & BURDEN**

By:___/sw/ Jack P. Burden___
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Defendant
*Albertson's LLC*

2